```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                      MIAMI DIVISION
              CASE NO. 06-20434-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

CARLINE LAGUERRE,

        Defendant.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to the Magistrate Judge John O'Sullivan, on September 21, 2006. A Report and Recommendation filed on October 5, 2006 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a _de novo_ review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge John O'Sullivan, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Count One of the Superseding Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of October, 2006.

                                                DONALD L. GRAHAM
                                                UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge O'Sullivan
        Menachem Mendel Mayberg, Esq.
        Curtis Benton, AUSA